**Electronically Filed
Supreme Court
19415
13-FEB-2019
08:08 AM**

NO. 19415

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

BARBARA LEE MELVIN, Respondent.

---

ORIGINAL PROCEEDING
(ODC 05-027-8179, 06-090-8430, 07-112-8572, 07-113-8573,
07-114-8574, 07-115-8575, 07-116-8576, 07-117-8577, 07-124-8584,
09-020-8743, 09-021-8744, 09-022-8745, 09-023-8746, 09-024-8747,
09-025-8748)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the Office of Disciplinary Counsel's Final Report of File Destruction and Request to Close Case requesting closure of the trusteeship over the legal practice of former attorney Barbara Lee Melvin, pursuant to Rule 2.20 of the Rules of the Supreme Court of the State of Hawaiʻi, and the record in this matter,

IT IS HEREBY ORDERED that the request to close the trusteeship is granted and the trusteeship is closed.

DATED: Honolulu, Hawaiʻi, February 13, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

